9606.  Peavy v. The Cosmopolitan Life Insurance Co.

Wade, C. J.  1. There is no substantial merit in any of the various special grounds of motion for a new trial.

2. In all essential particulars the instant case is controlled by the fully considered decision of this court in the case of *Cosmopolitan Life Ins. Co. v. Sheats*, 20 *Ga. App.* 622 (93 S. E. 507).

3. The court did not err in overruling the motion for a new trial.

> *Judgment affirmed. Jenkins and Luke, JJ., concur.*
> Decided November 12, 1918.

Complaint; from Ben Hill superior court—Judge Crum.  February 9, 1918.

*Eldridge Cutts, J. W. Haygood,* for plaintiff in error.

*Otis H. Elkins, Little, Powell, Smith & Goldstein,* contra.

---

9704.  Richards v. Dorsey, Governor.

Luke, J.  A careful examination of the record in this case fails to disclose evidence sufficient to authorize the judgment rendered by the trial judge, who by agreement heard the case without the aid of a jury. The proof failed to show that the automobile seized was at the time of seizure, as alleged in the petition to condemn, transporting intoxicating liquors.  (Ga. L. 1917, Ex. Sess. 16.)  It is not necessary to decide the question raised as to whether the proceeding to condemn was commenced within the time provided by the act under which it was instituted.  For the reason that the evidence did not authorize it, the judgment of the trial court is

> *Reversed. Wade, C. J., and Jenkins, J., concur.*
> Decided November 12, 1918.

Condemnation under liquor law; from city court of Madison—Judge Anderson.  April 9, 1918.

*E. H. George,* for plaintiff in error.

*A. G. Foster, solicitor,* contra.